UNITED STATES DISTRICT COURT
NORDERN DISTRICT OF OHIO

------------------------------------------------------
:
MICHAEL SALAS, :
: CASE NO. 1:11-CV-1511
Plaintiff, :
:
v. : OPINION & ORDER
: [Resolving Doc. No. 1]
COMMISSIONER OF SOCIAL :
SECURITY, :
:
Defendant. :
:
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On July 22, 2011, Plaintiff Michael Salas filed a complaint seeking judicial review of the Defendant Commissioner of Social Security's decision to deny him disability benefits. [Doc. 1.] The Court referred Salas's complaint to Magistrate Judge James R. Knepp II for a Report and Recommendation. On July 26, 2012, Magistrate Judge Knepp recommended that this Court affirm the Commissioner's decision. [Doc. 19.]

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a Report and Recommendation within fourteen days of service. *Id.*; Fed. R. Civ. P. 72(b)(2). Failure to object within this time waives a party's right to appeal the Magistrate Judge's report. *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Absent objection, a district court

-2-

Case No. 1:11-CV-1511
Gwin, J.

may adopt the Magistrate Judge's report without review. *See Thomas*, 474 U.S. at 149.

In this case, neither party has objected to Magistrate Judge Knepp's recommendation. In addition, the Court has independently reviewed, and agrees with, that recommendation. Accordingly, the Court **ADOPTS** Magistrate Judge Knepp's Report and Recommendation and **DISMISSES** Salas's complaint.

IT IS SO ORDERED.


Dated: August 10, 2012                       s/         *James S. Gwin*
                                             JAMES S. GWIN
                                             UNITED STATES DISTRICT JUDGE